IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**EDWARD E. TERRELL, SR.,**

        **Plaintiff,**

    **v.**                           **CASE NO. 17-3038-SAC**

**SEDGWICK COUNTY,**

        **Respondent.**

**MEMORANDUM AND ORDER**

    This matter is a civil filing by a person held in the Sedgwick County Jail. The Court has liberally construed this matter as a petition for habeas corpus challenging plaintiff's conviction in Case No. 2002-CR-1700. On April 17, 2017, the Court directed plaintiff to submit financial records and to show cause why the matter should not be dismissed as barred by the limitations period. When plaintiff did not respond within the time allowed, the Court dismissed this matter. Plaintiff now seeks additional time to respond and explains that he mistakenly filed a motion for an extension of time in another filing.

    The Court has examined the motion and grants plaintiff to and including June 14, 2017, to supply the financial records and to show cause why this matter should not be dismissed. The Court will not reopen the matter at this time, but upon a finding of good cause will consider whether it is appropriate to do so.

    IT IS, THEREFORE, BY THE COURT ORDERED plaintiff's motion for an extension of time (Doc. #8) is granted and the time for filing a response is extended to and including June 14, 2017.

**IT IS SO ORDERED.**

DATED:  This 23rd day of May, 2017, at Topeka, Kansas.


                              S/ Sam A. Crow
                              SAM A. CROW
                              U.S. Senior District Judge